**SHA-1 Hash:** AF4FEA9577B0B1C6C617B7CD3C048BB0283C2448     **Title**   The Rich Girl Part #2
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 68.32.163.95 | 12/10/2011 1:51 | Washington | DC | Comcast Cable | BitTorrent |
| 2 | 68.33.117.118 | 1/3/2012 7:14 | Washington | DC | Comcast Cable | BitTorrent |
| 3 | 69.140.147.125 | 12/7/2011 15:21 | Washington | DC | Comcast Cable | BitTorrent |
| 4 | 69.143.213.31 | 1/2/2012 21:53 | Washington | DC | Comcast Cable | BitTorrent |
| 5 | 76.111.30.233 | 1/4/2012 0:55 | Washington | DC | Comcast Cable | BitTorrent |
| 6 | 98.204.156.212 | 12/17/2011 3:35 | Washington | DC | Comcast Cable | BitTorrent |
| 7 | 98.204.67.97 | 12/9/2011 15:20 | Washington | DC | Comcast Cable | BitTorrent |
| 8 | 216.15.13.242 | 12/15/2011 3:54 | Washington | DC | RCN Corporation | BitTorrent |
| 9 | 66.44.20.190 | 12/11/2011 23:52 | Washington | DC | RCN Corporation | BitTorrent |
| 10 | 66.44.48.45 | 1/3/2012 15:42 | Washington | DC | RCN Corporation | BitTorrent |
| 11 | 71.163.214.219 | 12/26/2011 22:49 | Washington | DC | Verizon Internet Services | BitTorrent |

EXHIBIT A

DC3