**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 12-CV-0237** |
| | ) | |
| **JOHN DOES 1-11,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**DEFENDANT J. DOE'S (IP ADDRESS 68.32.163.95) COMBINED MOTION
TO PERMIT DEFENDANT TO APPEAR ANONYMOUSLY AND
FOR A PROTECTIVE ORDER**

COMES NOW Defendant J. Doe, identified by Plaintiff as IP Address 68.32.163.95, by and through undersigned counsel, and respectfully requests this Honorable Court to permit Defendant to proceed anonymously and enter a Protective Order prohibiting any party from publicly disclosing any information relating to Defendant that Plaintiff Malibu Media, LLC (hereinafter "Plaintiff") obtains via the Rule 45 subpoena issued to Defendant's Internet Service Provider ("ISP"), pursuant to this Court's order dated April 11, 2012, and in support thereof states:

1.  Pursuant to Fed. R. Civ. P. Rule 26(c), good cause exists to grant this motion in light of the relevant facts and circumstances of the case against Defendant. *EEOC v. Nat'l Children's Ctr., Inc.*, 98 F.3d 1406, 1411 (D.C. Cir. 1996).

2.  In light of the specific allegation of Plaintiff's claim, there is a particular need to protect Defendant from annoyance, embarrassment, oppression, or undue burden or

expense due to the nature of the content of the copyrighted material. *Tavoulareas v. Washington Post*, 111 F.R.D. 653, 658 (D.D.C. 1986).

3. There is no public interest in the identity of Defendant. *Glenmede Trust Co. v. Thompson*, 56 F.3d 476, 483 (3d Cir. 1995).

4. Pursuant to Fed. R. Civ. P. Rule 26(c), counsel for Defendant has attempted to confer with Plaintiff's counsel concerning the relief Defendant seeks herein.

WHEREFORE, Defendant J. Doe, identified by Plaintiff as IP Address 68.32.163.95, respectfully requests the Court to grant this Motion and enter an Order allowing Defendant to appear anonymously in this matter and for issuance of a protective order to prohibit the disclosure of Defendant's information.

This, the 4th day of October, 2012.

Respectfully submitted,

S/ Erika R. Adams

_____

Erika R. Adams, Esq.
D.C. Bar No. 1008654
Johnson Law Group Intl., PLLC
1321 Pennsylvania Avenue, SE
Washington, DC 20003
Telephone:    202-544-1515
Fax:              866-446-3240
Email:           eadams@jlgi.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this, the 4th day of October, 2012, a true and correct copy of the foregoing document was served on counsel for Plaintiff, Jon A. Hoppe, via the CM/ECF system.

S/ Erika R. Adams

_____

Erika R. Adams, Esq.
Johnson Law Group Intl., PLLC

## CERTIFICATE OF COMPLIANCE WITH L.CvR 7(m)

Pursuant to L.CvR. 7(m), counsel for Defendant twice attempted to confer with Plaintiff's counsel via telephone concerning the relief Defendant seeks herein and left a message with Plaintiff's counsel on October 4, 2012.  It is unclear whether Plaintiff's counsel would consent or otherwise stipulate to the relief requested herein.

S/ Erika R. Adams

_____

Erika R. Adams, Esq.
Johnson Law Group Intl., PLLC