**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MALIBU MEDIA, LLC,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )  Civil Action No. 12-CV-0237 |
| | ) |
| **JOHN DOES 1-11,** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

## ORDER

This matter having being brought before the court on October 4, 2012 on Defendant J. Doe's (IP Address 68.32.163.95) Combined Motion requesting that this Court permit Defendant to proceed anonymously and enter a Protective Order prohibiting any party from publicly disclosing any information relating to Defendant that Plaintiff obtains via the subpoena, including, requiring any pleadings filed in this action that contain Defendant's personal information to be redacted and filed under seal to prevent public disclosure.

Upon consideration of Defendant J. Doe's (IP Address 68.32.163.95) Combined Motion, the Defendant's memorandum in support thereof, the record herein, and for good cause shown, it is this _____ day of October, 2012, hereby

**ORDERED** that Defendant J. Doe's (IP Address 68.32.163.95) Combined Motion is hereby **GRANTED**; and it is

**FURTHER ORDERED** that the Defendant J. Doe (IP Address 68.32.163.95) may appear anonymously; and it is

2

      **FURTHER ORDERED** that a Protective Order be issued prohibiting Plaintiff and Comcast from publicly disclosing the personal identifying information of Defendant J. Doe (IP Address 68.32.163.95) absent further order from this Court; and it is

      **FURTHER ORDERED** that any document containing any personal identifying information of Defendant J. Doe (IP Address 68.32.163.95) shall be filed under seal absent further order of the Court.

 

                                                      **HON. ROBERT L. WILKINS**
                                                      **UNITED STATES DISTRICT JUDGE**

COPIES TO:

Erika R. Adams, Esq.
Bradford P. Johnson, Esq.
Johnson Law Group Intl., PLLC
1321 Pennsylvania Avenue, SE
Washington, DC 20003
*Counsel for Defendant J. Doe*
*(IP Address 68.32.163.95)*

Jon A. Hoppe, Esq.
Maddox, Hoppe, Hoofnagle & Hafey, LLC
1401 Mercantile Lane #105
Largo, Maryland 20774
*Counsel for Plaintiff*