**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MALIBU MEDIA, LLC,           ) | |
|                               ) | |
|       Plaintiff,           ) | Civil Case No. 1:12-cv-00237-RLW |
|                               ) | |
| v.           ) | |
|                               ) | |
| JOHN DOES 1-11,           ) | |
|                               ) | |
|       Defendants.           ) | |
|                               ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOES 1, 3, 5, 6, 8 AND 9**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 1, 3, 5, 6, 8 and 9 ("Defendants") from this action without prejudice. John Does 1, 3, 5, 6, 8 and 9 were assigned the IP addresses 68.32.163.95, 69.140.147.125, 76.111.30.233, 98.204.156.212, 216.15.13.242 and 66.44.20.190, respectively. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Consistent herewith, Plaintiff consents to the Court closing its case for administrative purposes.

Dated: October 19, 2012

                                                            Respectfully Submitted,

                                                            By: /s/ *Jon A. Hoppe*
                                                            Jon A. Hoppe, Esquire #438866
                                                           *Counsel for Plaintiff*
                                                           Maddox, Hoppe, Hoofnagle &
                                                           Hafey, L.L.C.
                                                            1401 Mercantile Lane #105
                                                           Largo, Maryland 20774
                                                           (301) 341-2580

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 19, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *Jon A. Hoppe*